# UNITED STATES DISTRICT COURT
## for the
### District of Nevada



| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:11-mj-1157-GWF |
| | ) | |
| MARIA ELENA URENA-CERVANTES | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable Peggy A. Leen, U.S. Magistrate Judge | Courtroom No.: | 3B |
|---|---|---|---|
| | | Date and Time: | Dec. 4, 2017 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Dec. 1, 2017

_Judge's signature_

GEORGE FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*



___ FILED    ___ RECEIVED
___ ENTERED  ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

DEC - 1 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY