# UNITED STATES DISTRICT COURT

DISTRICT OF __NEVADA__

UNITED STATES OF AMERICA

V.

MARIA ELENA URENA-CERVANTES

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 2:17-mj-1157-GWF

CHARGING DISTRICTS
CASE NUMBER: 3:17-cr-1409-W

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the __Southern__ District of __California__; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the __(Not Applicable)__
*Place and Address*
, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) U.S. District Court, San Diego CA on 12/18/2017 @ 9:00am before the Honorable Judge Thomas J Whelen.

*Date and Time*

*Signature of Judge*

12/07/2017                              PEGGY A. LEEN, United States Magistrate Judge
*Date*                                   *Name and Title of Judge*